**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Seham Staley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Connecticut (State) |
| Case number | 19-21136 |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation        **Court claim no.** (if known): _____ 2-1 _____

**Last 4 digits** of any number you use to identify the debtor's account:    2  8  4  3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

❏ Yes. Date of the last notice: _____/_____/_____

---

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 7/11/2019: Proof of Claim/Plan Review ($650) and 410A Prep ($250) | (5) | $ 900.00 |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses.  Specify:_____ | _____ | (10) | $ _____ |
| 11. Other.  Specify:_____ | _____ | (11) | $ _____ |
| 12. Other.  Specify:_____ | _____ | (12) | $ _____ |
| 13. Other.  Specify:_____ | _____ | (13) | $ _____ |
| 14. Other.  Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Seham Staley        Case number *(if known)*   19-21136

First Name     Middle Name     Last Name

---

**Part 2:**   **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile           Date   11 / 06 / 2019

Signature

Print:    D. Anthony Sottile           Title   Authorized Agent for Creditor

First Name     Middle Name     Last Name

Company    Sottile & Barile, LLC

Address    394 Wards Corner Road, Suite 180

Number       Street

Loveland, OH 45140

City         State    ZIP Code

Contact phone   ( 513 ) 444 – 4100         Email   bankruptcy@sottileandbarile.com

**Sottile & Barile, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# Invoice

**BILL TO**
Home Point Financial
Corporation
ATTN: PAYMENT
PROCESSING
11511 Luna Road
2nd and 3rd Floors
Farmers Branch, TX  75234

**INVOICE** █████
**DATE** 07/11/2019

S&B FILE NUMBER

████

| DESCRIPTION | | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Staley, Seham | ████ | Plan review, Proof of claim | 1 | 650.00 | 650.00 |
| Staley, Seham | | 410A Prep | 1 | 250.00 | 250.00 |

BALANCE DUE                    **$900.00**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| In Re: | Case No. 19-21136 |
| Seham Staley | Chapter 13 |
| Debtor. | Judge James J. Tancredi |

---

### CERTIFICATE OF SERVICE

I certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

> Susan M. Williams, Debtor's Counsel
> susanecf@williams-law.com

> Roberta Napolitano, Chapter 13 Trustee
> notices@ch13rn.com

> Office of the United States Trustee
> ustpregion02.nh.ecf@usdoj.gov

I further certify that on November 6, 2019, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Seham Staley, Debtor
> 535 Ash Drive
> Windsor Locks, CT 06096

Dated: November 6, 2019

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com