Connecticut Local Form Order B315

Revised 05/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

Seham Staley

Case Number: 19-21136

Chapter: 13

Debtor*

### ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

The above-named Debtor filed a Third Amended Chapter 13 Plan, on February 5, 2020 (ECF No. 42). The Third Amended Plan or a previously filed plan was transmitted to the creditors pursuant to Federal Rule of Bankruptcy Procedure 3015(d). The Court finds that the Third Amended Plan meets the requirements of 11 U.S.C. § 1325. Accordingly, it is hereby

**ORDERED:** The Debtor's Third Amended Plan is **CONFIRMED** with the following provisions:

Payments shall be made to the Chapter 13 Standing Trustee (the "Trustee"), in the amount of $779.00  monthly beginning on March 27, 2020, for a period of 60 months, and until a 0% dividend is paid to creditors holding allowed unsecured claims; and it is further

**ORDERED:** The Debtor is to obtain bank or certified checks or money orders drawn in the name of the Trustee and mail payments to the Trustee at the address below on or before each due date until further order of this Court.

**Mail Checks Payable to the Trustee to this Address**
Roberta Napolitano, Chapter 13 Standing Trustee
PO Box 610
Memphis, TN 38101-0610

**ORDERED:** The Debtor's attorney shall seek allowance of attorney's fees in the amount of $5,000.00 and expenses in the amount of $310.00, of which $1,850.00, has been paid, leaving $3,460.00 due  and payable through the Debtor's confirmed Third Amended Plan.. An application for compensation is to be filed no later than March 9, 2020.

After entry of an order allowing said fees pursuant to 11 U.S.C. § 330, the Trustee, or the Debtor, may pay any unpaid, allowed fees.

Dated: February 7, 2020

BY THE COURT

*James J. Tancredi*
*United States Bankruptcy Judge*
*District of Connecticut*

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.